# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 17-27V
(not to be published)

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

PHINEAS ADAM TURNER, *as father and legal guardian of* E.L.T., *a minor,*

       Petitioner,

   v.

SECRETARY OF HEALTH AND HUMAN SERVICES,

       Respondent.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

October 23, 2017

Joint Stipulation of Dismissal;
Rule 21(a); No Judgment; Order
Concluding Proceedings

## ORDER CONCLUDING PROCEEDINGS

On October 23, 2017, pursuant to Vaccine Rule 21(a)(1)(B), the parties filed a joint stipulation stating that above-captioned case should be dismissed.

Accordingly, pursuant to Vaccine Rule 21(a)(3), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

 **IT IS SO ORDERED.**

           /s/ Brian H. Corcoran
            Brian H. Corcoran
            Special Master